IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN THE MATTER OF THE
TAX INDEBTEDNESS OF
Mandy Hrdlicka                                    Case No. 26-mc-0002
13201 115th Avenue
Chippewa Falls, Wisconsin
54729

## ORDER FOR ENTRY ON PREMISES TO EXECUTE LEVY

The United States filed an application requesting authorization for Jeffrey Wagner, a Revenue Officer of the Internal Revenue Service, and/or other employees, as designated by the Internal Revenue Service, to enter the premises located at 13201 115th Avenue, Chippewa Falls, Wisconsin 54729, in order to seize property in satisfaction of unpaid federal taxes, together with the Revenue Officer's affidavit in support of that application.  This Court finds, on the basis of the affidavit, that there is probable cause to believe that property or rights to property belonging to Mandy Hrdlicka are subject to levy by the United States pursuant to I.R.C. § 6331, in particular the 2022 GMC Acadia Sport Utility Vehicle with a Vehicle Identification Number (VIN) of 1GKKNXLS5NZ101476, are located on or within the premises described in the affidavit.

THEREFORE, IT IS ORDERED that Jeffrey Wagner and/or other employees, as designated by the Internal Revenue Service, are authorized to enter the premises described and to make such search as is necessary in order to levy and seize, pursuant to 26 U.S.C. § 6331.  In making this search and seizure, however, such Revenue Officer and/or other employees are directed to enter the premises described during business

hours or the daytime and within 10 days of the date of this order. It is further ordered that Revenue Officer and/or other employees are authorized to make up to 5 attempts within 10 days of the date of this order due to the personal use of the vehicle.

IT IS FURTHER ORDERED that if Mandy Hrdlicka or occupant offers any resistance to the Revenue Officer and/or other employees, as designated by the Internal Revenue Service, seeking to enter the premises described under the authority of this writ, the Revenue Officer and/or other employees shall withdraw, and may apply to the Court for such further processes as are necessary to enforce the terms of this order, including a citation for contempt of this Court.

IT IS FURTHER ORDERED that the Revenue Officer and/or other employees, as designated by the Internal Revenue Service, shall leave a copy of this writ with the person in possession of the premises, and promptly after the entry and seizure, the officers executing this writ shall make their return to this Court with a statement of the time and circumstances of the entry and seizure.

Dated this 17th of March, 2026.

BY THE COURT:

/s/
_____

ANITA MARIE BOOR
Magistrate Judge

2